7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Janeica F Roddy
*Debtor*

*Bankruptcy Case No.*
15−42949−abf7

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
15−04162−abf

v.

**Janeica F Roddy**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Based upon the undisputed allegations contained in the Complaint, the Court finds that the described unemployment insurance benefit indebtedness owed by Defendant Roddy to KDoL in the amount of $1728, which is subject to statutory penalties in the amount of $0 and interest as imposed pursuant to K.S.A. §44−719(d)(2), which interest has accrued in the amount of $625 as of the end of November, 2015, all should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S. C. 727. Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant Roddy, ACCORDING, Judgment is hereby entered in favor of the Plaintiff, and against the Defendant, Janeica F. Roddy.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 2/29/16

Court to serve